VICKERY *v.* SUTTLES *et al.; et vice versa.*

HILL, J. Under the pleadings and the evidence the judge, to whom was submitted the questions involved without the intervention of a jury, was authorized to find in favor of the plaintiffs in fi. fa., and against the claimant.

*Judgment affirmed on the main bill of exceptions; cross-bill dismissed. All the Justices concur, except Russell, C. J., who dissents.*

Nos. 9670, 9671. OCTOBER 12, 1933.

*H. T. Golightly,* for plaintiff in error. *J. Wilson Parker,* contra.